UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of August, two thousand and twenty three,

_____

| | |
|---|---|
| 40 Days for Life, a nonprofit corporation of the State of Texas, White Plains 40 Days for Life, as unincorporated association of the State of New York, Oksana Hulinsky, Regina Creary Molinelli, | **ORDER**<br>Docket No: 23-804 |

       Plaintiffs - Appellants,

Jane Doe, Sally Roe,

       Plaintiffs,

v.

County of Westchester,

       Defendant - Appellee,

County of Westchester County Department of Public Safety, Terrance Raynor, Acting Commissioner of the Westchester Department of Public Safety, in his official capacity, New Rochelle Police Department, City of White Plains Department of Public Safety, George Latimer, Chief Executive of the County of Westchester, in his official capacity,

       Defendants.

_____

       Counsel for Appellee County of Westchester has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 3, 2023, as the brief filing date.

       It is HEREBY ORDERED that Appellee's brief must be filed on or before November 3, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee/will be required to file a motion for permission to file a

brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court